156 F.3d 1225
 Pens. Plan Guide (CCH) P 23945F
Manuel Silvestre
v.
Bell Atlantic Corporation, Michael Losch, as an Employee of
Defendant, Bell Atlantic Corporation, Bill Williams, as an
Employee of Defendant, Bell Atlantic Corporation, Raymond
Smith, as CEO of Defendant, Bell Atlantic Corporation, Bell
Atlantic - New Jersey, Inc.
 NO. 97-5533
 United States Court of Appeals,
Third Circuit.
 May 22, 1998
 
 1
 Appeal From: D.N.J. ,No.95cv01399 ,
 
 973 F.Supp. 475
 
 2
 Affirmed.